ATTORNEY GRIEVANCE COMMISSION    \*     IN THE
         OF MARYLAND                      COURT OF APPEALS

   \*     OF MARYLAND

            Petitioner,

   \*     Misc. Docket AG No. 4

v.                                        \*     September Term, 2018

RONALD BRUCE BERGMAN           \*

            Respondent.                \*

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Ronald Bruce Bergman, to disbar the Respondent from the practice of law. The Court having considered the Petition, it is this 14th day of December, 2018, by the Court of Appeals of Maryland;

ORDERED, that, effective December 31, 2018, the Respondent, Ronald Bruce Bergman, be, and he hereby is, disbarred from the practice of law in the State of Maryland for violation of Rule 1.15 (safekeeping property), Rule 8.1 (a) and (b) (bar admission and disciplinary matters), and Rule 8.4 (a) - (d) (misconduct) of the Maryland Rules of Professional Conduct as well as Maryland Rules 16-604/19-404 (trust account – required deposits), 16-606.1/19-407 (attorney trust account record-keeping), and Rule 16-609/19-410 (prohibited transactions); and it is further

ORDERED, that on December 31, 2018, the Clerk of this Court shall remove the name of Ronald Bruce Bergman from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

/s/ Clayton Greene Jr.
Senior Judge